(SPACE BELOW FOR FILING STAMP ONLY)

LINDA MILLER SAVITT, SBN 94164
lsavitt@brgslaw.com
ERIC C. SCHWETTMANN, SBN 188784
eschwettmann@brgslaw.com
BALLARD ROSENBERG GOLPER & SAVITT, LLP
500 North Brand Boulevard, Twentieth Floor
Glendale, California 91203-9946
Telephone: (818) 508-3700
Facsimile: (818) 506-4827

JS-6

Attorneys for Defendant DIGNITY HEALTH d/b/a CALIFORNIA HOSPITAL MEDICAL CENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CHAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA HOSPITAL MEDICAL CENTER, and DOES 1-50, Inclusive,<br><br>　　　　Defendants. | No. 13-CV-08706-GAF (MRWx)<br><br>**ORDER RE: JOINT STIPULATION BY PLAINTIFF AND DEFENDANT FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE;** |

## ORDER

Pursuant to the joint motion and stipulation of the parties, **IT IS HEREBY ORDERED** that the Complaint in the above-entitled action is dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a). The parties are to bear their own costs and attorney's fees. All parties waive the right to collect any costs or attorneys' fees from any party hereto.

Dated: March 11, 2014    _____

**JS-6**　　　　HON. GARY A. FEESS
UNITED STATES DISTRICT COURT JUDGE